WALTER H. MEAD, as Substituted Trustee, etc., Respondent, *v.* JOHN RILEY, Appellant.

(Submitted March 24, 1886 ; decided April 13, 1886.)

*Alexander B. Johnson* for appellant.

*Henry H. Anderson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

AMELIA SMITHER, Respondent, *v.* ELIAS L. BISSELL et al., Appellants.

(Argued March 24, 1886 ; decided April 13, 1886.)

*Adelbert Moot* for appellants.

*C. F. Tabor* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.